OPINION — AG — THE USE OF THE TERM " CITY " IN THE PROVISO PORTION OF 11 O.S. 1971 971 [11-971], WHEREIN INCORPORATING TOWN ARE PREVENTED FROM INCLUDING IN THEIR BOUNDARIES LAND LAYING WITHIN THREE OR FIVE MILLES OF CERTAIN INCORPORATED CITIES, PREVENTS THE INCORPORATION OF TOWN WITHIN THE SPECIFIED DISTANCES OF CITIES DOES NOT PREVENT THEIR INCORPORATION WITHIN ANY DISTANCE OF ANOTHER TOWN. CITE: 11 O.S. 1971 501 [11-501], 11 O.S. 1971 551 [11-551] (JAMES C. PECK)